B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09−22886**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Barbara A Brown
   5353 Arcadia St.
   Skokie, IL 60077

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9355

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: October 6, 2009                  Kenneth S. Gardner, Clerk
                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                 Page 1 of 1                  Date Rcvd: Oct 06, 2009
Case: 09-22886                Form ID: b18                 Total Noticed: 19

The following entities were noticed by first class mail on Oct 08, 2009.
db           +Barbara A Brown,    5353 Arcadia St.,    Skokie, IL 60077-1532
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
14082323     +Carmax Auto Finance,    Attn: Bankruptcy,    PO Box 15678,    Wilmington, DE 19850-5678
14082326     +Citi Credit Card,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14082327      Citimortgage,    PO Box 9440,    Gaithersburg, MD 20898-9440
14309042     +Getty Images,    Attn: Legal Department,    601 N 34th Street,    Seattle, WA 98103-8603
14082329     +NorthShore University Health System,     9600 Gross Point Road,    Skokie, IL 60076-1214
14082330     +Robert W. Brown,    5353 Arcadia,    Skokie, IL 60077-1532
14082331      Sams Club,    Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076
14082332     +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
14082333      Van Ru,    PO Box 1018,    Park Ridge, IL 60068-7018
14082335     +Zwicker & Associates, P.C.,    7366 N. Lincoln Avenue,    Suite 404,    Lincolnwood, IL 60712-1741
The following entities were noticed by electronic transmission on Oct 06, 2009.
tr           +EDI: QAJMAXWELL.COM Oct 06 2009 18:53:00     Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,
               105 West Adams Street,    Suite 3200,    Chicago, IL 60603-6209
14082321     +EDI: BECKLEE.COM Oct 06 2009 18:53:00      American Express,    c/o Becket and Lee,    PO Box 3001,
               Malvern, PA 19355-0701
14082322     +EDI: BANKAMER.COM Oct 06 2009 18:53:00      Bank Of America,    c/o Bac / Fleet Bankcard,
               PO Box 26012,    Greensboro, NC 27420-6012
14082325     +EDI: CHASE.COM Oct 06 2009 18:53:00     Chase,    Attn: Bankruptcy Dept.,    Po Box 100018,
               Kennesaw, GA 30156-9204
14082324     +EDI: CHASE.COM Oct 06 2009 18:53:00     Chase,    Attention: Banktruptcy Department,
               Po Box 15298,    Wilmintgon, DE 19850-5298
14082328     +EDI: DISCOVER.COM Oct 06 2009 18:53:00      Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14082334     +EDI: CHASE.COM Oct 06 2009 18:53:00     Washington Mutual / Providian,    Attn: Bankruptcy Dept.,
               Po Box 10467,    Greenville, SC 29603-0467
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**                          **Signature:**   *Joseph Speetjens*